Commonwealth *v.* Isgriggs, Appellant.

Submitted December 7, 1970. *James L. Atkins,* for appellant; *George E. Christianson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.